FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 09 2010

JAMES N. HATTEN, Clerk
By /s/ RMW    Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | NO. 1:07-CR-195-RWS |
| ADAM WAYNE LEBOWITZ | : | (SUPERSEDING) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning in or about the Fall of 2003, and continuing until on or about November 2, 2006, in the Northern District of Georgia and elsewhere, the defendant, ADAM WAYNE LEBOWITZ, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "A.G.", to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that such visual depiction was transported in interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO

Beginning in or about the Summer of 2005, and continuing until on or about November 2, 2006, in the Northern District of Georgia and elsewhere, the defendant, ADAM WAYNE LEBOWITZ, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "C.R.", to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that such visual depiction was transported in interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT THREE

Beginning on or about October 25, 2006, and continuing until on or about November 2, 2006, in the Northern District of Georgia, the defendant, ADAM WAYNE LEBOWITZ, using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual, "K.S.", who had not attained the age of 18 years, to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, violations of Georgia Code Sections 16-6-4 and 16-4-1 (criminal

attempt to commit child molestation), all in violation of Title 18, United States Code, Section 2422(b).

A _____True_____ BILL

_____/s/ Sandra Kaye_____
FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

_____/s/ R. Moultrie_____
RICHARD S. MOULTRIE, JR.
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 527275

_____/s/ Rodney D. Bullard_____
RODNEY D. BULLARD
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 094355
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000 (telephone)
404/581-6181 (facsimile)